W. N. CLARK COMPANY, Respondent, *v.* ELLA R. ANDERSON, Individually and as Administratrix of the Estate of JANE R. BROWN, Deceased, Appellant.

Argued March 4, 1942; decided April 23, 1942.

*J. Allan Willis* for appellant.

*Howard C. Spencer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.